UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:08-CR-165 |
| | ) | (VARLAN/GUYTON) |
| FRED WILLIAM BUIS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

All pretrial motions in this case have been referred to the undersigned pursuant to 28

U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District

Court as may be appropriate. This matter is before the Court on the Joint Motion to Continue

Pleadings Deadline [Doc. 8], filed by the defendant on December 4, 2008. The defendant requests

that the motion-filing deadline be extended from December 5 to December 22, 2008, in order to

allow counsel time to review discovery with the defendant and investigate a possible suppression

motion. The motion states that the government has no objection to the requested extension as long

as it receives a corresponding extension of its response deadline. Finding the defendant has shown

good cause for an extension, the Court hereby **GRANTS** the motion [**Doc. 8**] and extends the

deadline for filing motions to **December 22, 2008**. The response deadline is likewise extended to

**January 9, 2009**. All other dates in the case, including the pretrial conference on January 13, 2009,

at 10:00 a.m., shall remain the same.

**IT IS SO ORDERED.**

ENTER:

s/ H. Bruce Guyton
United States Magistrate Judge